IN THE CIRCUIT COURT OF THE<br>
FOURTH JUDICIAL CIRCUIT, IN AND<br>
FOR DUVAL COUNTY, FLORIDA<br><br>
CASE NO.:<br>
DIVISION:

TOYEIA L. MAXWELL,

    Plaintiff,

vs.

LESZEK KLOC and JAREK BETLE,

    Defendant.

_____/

## **COMPLAINT AND DEMAND FOR TRIAL BY JURY**

    COMES NOW, Plaintiff TOYEIA L. MAXWELL, and sues Defendant LESZEK KLOC and JAREK BETLE, and alleges:

### **Jurisdiction**

    1.    This is an action for damages which exceeds $50,000.00 exclusive of interest, costs and attorneys' fees.

### **Parties**

    2.    At all times material hereto, Plaintiff TOYEIA L. MAXWELL (hereinafter referred to as "MAXWELL" was a resident of the State of Florida.

    3.    At all times material hereto, Defendant LESZEK KLOC (hereinafter referred to as "KLOC" was a resident of Ontario, Canada.

    4.    At all times material hereto, Defendant JAREK BETLE (hereinafter referred to as "BETLE" was a resident of Ontario, Canada.

**Venue**

5. Venue is proper in Duval County, Florida in that the acts and omission giving rise to the claims alleged herein occurred in Duval County, Florida.

**General Allegations**

6. At all times relevant hereto including October 13, 2021, at approximately 12:32 a.m., MAXWELL was the owner and operator of a 2008 Honda Civic (hereinafter, the "HONDA").

7. At all times relevant hereto including October 13, 2021, at approximately 12:32 a.m., KLOC was the operator of a 2007 Volvo Semi Truck (hereinafter, the "SEMI").

8. On or about October 13, 2021, at approximately 12:32 a.m., MAXWELL was operating the HONDA which was travelling in a northerly direction on Union Street in the far-left lane in Duval County, Florida. At that time and place, KLOC, who was operating the SEMI in the lane directly to the right of the HONDA then merged over to the far-left lane and struck the passenger side of the HONDA.

**COUNT I**
**(Negligence – against Leszek Kloc)**

9. Defendant KLOC owed MAXWELL a duty of reasonable care.

10. Defendant KLOC breached his duty of reasonable care owed to MAXWELL in one or more of the following manners:

    a. failing to observe traffic conditions and respond as a reasonable and prudent operator of the motor vehicle;

    b. operating the SEMI at an excessive speed for the conditions;

    c. failing to maintain a proper lookout while operating the SEMI;

      d.      failing to keep a safe distance between the SEMI and the HONDA;

      e.      failing to yield the right-of-way before changing lanes; and

      f.      carelessly operating the SEMI so that it struck the passenger side of the HONDA without justification to do so.

11.    As a direct and proximate result of Defendant KLOC breach of his duty of reasonable care owed to MAXWELL, MAXWELL has suffered serious bodily injury, including permanent injuries within a reasonable degree of medical probability, and resulting pain and suffering, permanent disability, disfigurement, mental anguish, aggravation of pre-existing injury, loss of capacity for the enjoyment of life, medical expenses, other expenses directly related to the injuries suffered, rehabilitation care, nursing care and treatment, property damages, lost wages and loss of earning capacity. The Plaintiff's losses are permanent and continuing and the Plaintiff will continue to suffer the losses in the future.

12.    The Plaintiff's vehicle has suffered property damage and for which the Plaintiff has not been compensated, and the Plaintiff has suffered the loss of use of the vehicle.

WHEREFORE, Plaintiff TOYEIA L. MAXWELL, prays for the entry of a judgment in her favor and against Defendant, LESZEK KLOC, for damages, including economic and non-economic damages, property damages, interest, costs, and all other relief as this Court may deem just and proper.

### COUNT II
**(Vicarious Liability – against Jarek Betle)**

13.    The Plaintiff incorporates paragraphs 1 through 12 above as though fully pled herein.

14. At the time of the collision on October 13, 2021, BETLE was the owner of the 2007 SEMI and permitted KLOC to operate the 2007 SEMI.

15. Pursuant to Florida's Dangerous Instrumentality Doctrine, as the owner of the 2007 SEMI, BETLE is liable for all economic and non-economic damages suffered by MAXWELL arising from losses MAXWELL incurred as a result of the collision between the 2007 SEMI and the HONDA on October 13, 2021.

WHEREFORE, Plaintiff TOYEIA L. MAXWELL, prays for the entry of a judgment in his favor and against Defendant, JAREK BETLE, for damages, including economic and non-economic damages, property damages, interest, costs, and all other relief as this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff requests a jury trial on all issues so triable.

### DESIGNATION OF EMAIL ADDRESS FOR SERVICE

For service of pleadings and papers pursuant to Rule 2.516, Fla. R. Jud. Admin. the Plaintiff designate the following:

Primary: Philip@JaxLitigation.com (Primary)
Secondary: Kristin@JaxLitigation.com (Secondary)
Secondary: Heather@JaxLitigation.com (Secondary)

By:/*s/*<u>Philip S. Kinney</u>
Philip S. Kinney, Esq.
Florida Bar No. 0709611
*Kinney & Moore, PLLC*
6816 Southpoint Pkwy., Bldg. 1000
Jacksonville, Florida 32216
Tel: (904) 642-4111
Email: Philip@JaxLitigation.com (Primary Email)
Email: Kristin@JaxLitigation.com (Secondary Email)
Email: Heather@JaxLitigation.com (Secondary Email)
Attorney for Plaintiff